IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01392-GPG

QUENTIN THORNTON,

      Plaintiff,

v.

DENVER SHERIFF JONATHAN VELEZ,

      Defendant.

---

ORDER OF DISMISSAL

---

Plaintiff, Quentin Thornton, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Thornton initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983 asserting vague and conclusory claims that his rights under the United States Constitution were violated when he was assaulted by Defendant on May 16, 2015. On July 2, 2015, Mr. Thornton filed an amended Prisoner Complaint (ECF No. 6) asserting the same vague and conclusory claims.

Also on July 2, 2015, Magistrate Judge Craig B. Shaffer ordered Mr. Thornton to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Shaffer provided specific instructions to Mr. Thornton regarding the pleading requirements of Rule 8 and he advised Mr. Thornton that the action would be dismissed without further notice if he fails to file an amended complaint within thirty days.

On July 13, 2015, Mr. Thornton filed a "Motion to Amend Complaint" (ECF No. 10)

that included additional factual allegations in support of his claims and a "Motion to

Appoint Counsel for Plaintiff" (ECF No. 11).   On July 15, 2015, Magistrate Judge Gordon

P. Gallagher denied the motion to amend because Mr. Thornton did not submit an

amended pleading and directed Mr. Thornton to file by August 14, 2015, an amended

pleading on the court-approved Prisoner Complaint form that includes all of his claims

and all of the factual allegations that support those claims.   Magistrate Judge Gallagher

also denied the motion for appointment of counsel and he advised Mr. Thornton that the

action would be dismissed without further notice if he failed to file an amended pleading

on the proper form within the time allowed.

On August 14, 2015, Mr. Thornton filed a "Motion for Extension of Time" (ECF No.

13).   On August 17, 2015, Magistrate Judge Gallagher granted the motion for extension

of time and directed Mr. Thornton to file an amended complaint on or before September

14, 2015.   Magistrate Judge Gallagher again advised Mr. Thornton that the action would

be dismissed without further notice if he failed to file an amended complaint within the

time allowed.   On August 18, 2015, Magistrate Judge Gallagher denied as moot a

duplicative motion for extension of time.

Mr. Thornton has failed to file an amended complaint within the time allowed.

Furthermore, the Court agrees that the vague and conclusory claims in the Prisoner

Complaint (ECF No. 1) and the amended Prisoner Complaint (ECF No. 6) do not provide

a short and plain statement of Mr. Thornton's claims showing he is entitled to relief as

required under Rule 8.   Therefore, the action will be dismissed without prejudice for

failure to prosecute and comply with the Federal Rules of Civil Procedure and a court

order.   The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Prisoner Complaint (ECF No. 1), the amended Prisoner Complaint (ECF No. 6), and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Thornton failed to prosecute and comply with the Federal Rules of Civil Procedure and a court order.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this ___25th___ day of ___September___, 2015.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court