IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01392-LTB

QUENTIN THORNTON,

    Plaintiff,

v.

DENVER SHERIFF JONATHAN VELEZ,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 25, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of September, 2015.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk


                                    By: s/A. García Gallegos
                                          Deputy Clerk